# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Thomas Kenny<br><br>_____<br><br>*Defendant* | )  Case: 1:23-mj-00359<br>)  Assigned To : Faruqui, Zia M.<br>)  Assign. Date : 12/18/2023<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                     Thomas Kenny                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;

18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings,;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building..


Date:  12/18/2023                                             *[signature]*    Zia M. Faruqui
                                                                                                    *Issuing officer's signature*

City and state:        Washington, D.C.                          Zia M. Faruqui, U.S. Magistrate Judge
                                                                                         *Printed name and title*

### Return

This warrant was received on *(date)* 12/18/2023 , and the person was arrested on *(date)* 12/21/2023
at *(city and state)* Greenwich, Connecticut.

Date:  12/21/2023                                        *[signature]*
                                                                        *Arresting officer's signature*

                                                                        TFO Charles Bascetta
                                                                        *Printed name and title*

## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CRIMINAL HEARING MINUTES

Date: 12/21/2023   Case #: 3:23-mj-01096   Dft #: 2

**UNITED STATES OF AMERICA**

Vs.

Thomas Kenny

Honorable Judge: S. Dave Vatti
Deputy Clerk: Djess Jacques
AUSA: Katherine Boyle
Counsel for Defendant: Daniel Erwin
☐ Retained   ☐ CJA   ■ FPD

Start Time: 11:45   End Time: 12:13
USPO: Braxton Darden & Rachel Carriera
Recess (if more than ½ hr) _____ to _____
Reporter/ECRO/FTR: Courtsmart
Interpreter: _____ Language: _____

Total Time ____ hours  13 minutes
Hearing held ■ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| ☐ Initial Appearance ____ | ■ Initial Appear. Rule 5 ____ | ■ Detention ____ | ☐ Arraignment ____ |
| ■ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ☐ Change of Plea ____ | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ■ Self surrender   Date: 12/21/2023
☐ Case Unsealed
☐ Deft failed to appear
■ CJA23 financial affidavit filed under seal
■ Oral Brady Order entered and paper to issue

☐ Rule 5 charging district _____
■ Order appointing FPD
☐ Order appointing Attorney _____
☐ Set ATTY flag and notify grievance clerk
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of  ☐ NOT guilty  ☐ guilty  ☐ nolo contendere;  As to counts _____
Plea agreement letter ☐ filed  ☐ under seal  ☐ to be filed
☐ Petition to enter guilty plea filed

**SENTENCING**

☐ Sentencing set for _____ at _____
☐ Probation 246B Order for PSI & Report filed
☐ Special Assessment of $_____ on count(s) _____. Total of $_____ ☐ due now ☐ due at sentencing

Rev. 12-9-21                                                                                                                         Page **1** of **2**

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed; ☐ Granted   ☐Denied   ☐Advisement
<u>Initial Appearance</u> hearing set for <u>1/11/2023 via ZOOM</u>; continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied  ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____  ☐ reduced to $_____ ;  ☐Non-surety  ☐Surety  ☐Personal recognizance
☐ Bond  ☐revoked  ☐reinstated  ☐continued  ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
■ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
■ Motion for <u>Exclusion of Speedy Trial Period</u> filed by■ USA ☐defendant, ■granted  ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement
☐ Motion for _____ filed by☐ USA ☐defendant, ☐granted  ☐denied  ☐advisement

**NOTES**
Parties waived their right to separate counsel.
AUSA requested the exclusion of the Speedy Trial period between 12/21/2023 - 1/11/2023.
Initial Appearance set for Jan 11, 2024 at 12:30PM EST before Judge Meriweather in the District of Columbia.
Time split with co-defendant Michael Kenny.

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

DEC 21 2023 PM 12:37
FILED - USDC - BPT - CT

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:23-mj-01096-SDV |
| Michael Kenny ) | |
| Thomas Kenny ) | Charging District's Case No. 1:23-mj-00359 |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*  District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
   ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12/21/2023

*Defendant's signature*

*Signature of defendant's attorney*

Daniel Erwin
*Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                Page 1 of    4    Pages

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America )
v. )
~~Michael Kenny~~ S)v/ )  Case No.   3:23-mj-01096
Thomas Kenny )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  Via zoom Meeting ID: 161 8952 5787 Passcode: 860903
*Place*

Jan 11, 2024 at 12:30PM EST before Judge Meriweather

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.


The Defendants must stay away from DC unless for Court, Pretrial or consultation with attorney
The Defendants must advise Pretrial Services of any travel within the US outside of home jurisdiction
The Defendants not travel outside of the continental US without Court approval
The Defendants not possess any firearms, destructive devices, or dangerous weapons (in home or on person)
The Defendants must not commit local/state/federal crimes
The Defendants must participate in all future proceedings as directed

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                 Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

   IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(☑)  (6)  The defendant is placed in the custody of:
          Person or organization    With parents
          Address *(only if above is an organization)*
          City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                        Signed: _____   _____
                                                         Custodian                      Date

(☑)  (7)  The defendant must:
     (☑) (a) submit to supervision by and report for supervision to the   US Probation and Pretrial Services Office must call in once a week ,
             telephone number _____ , no later than _____ .
     (☐) (b) continue or actively seek employment.
     (☐) (c) continue or start an education program.
     (☑) (d) surrender any passport to:   USPO
     (☑) (e) not obtain a passport or other international travel document.
     (☑) (f) abide by the following restrictions on personal association, residence, or travel:   Travel is restricted to Continental United States
             unless approved by probation to leave the country. Must advise probations of travel outside the U.S. in advance.  See D.C. travel restriction on p. 1
     (☑) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
             including: _____
     (☑) (h) get medical or psychiatric treatment:   as deemed necessary by USPO
     (☐) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
             or the following purposes: _____
     (☐) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
             necessary.
     (☑) (k) not possess a firearm, destructive device, or other weapon.
     (☑) (l) not use alcohol ( ☐ ) at all ( ☑ ) excessively.
     (☑) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
             medical practitioner. **May not use marijuana**
     (☑) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
             random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
             prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
             of prohibited substance screening or testing.
     (☐) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
             supervising officer.
     (☐) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
             (☐) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
                     directed by the pretrial services office or supervising officer; or
             (☐) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
                      medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
                      activities approved in advance by the pretrial services office or supervising officer; or
             (☐) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                       court appearances or other activities specifically approved by the court; or
             (☐) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
                      you must comply with the location or travel restrictions as imposed by the court.
                      **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                 Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
    ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
    ( ☐ ) (ii)  Voice Recognition; or
    ( ☐ ) (iii)  Radio Frequency; or
    ( ☐ ) (iv)  GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

(☑) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

AO 199C  (Rev. 09/08)  Advice of Penalties                                   Page  4  of  4  Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  12/21/2023                                          _____
                                                                          *Judicial Officer's Signature*

                                                                          S. Dave Vatti, USMJ
                                                                          *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:23-mj-01096-SDV |
| Michael Kenny | ) | |
| Thomas Kenny | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:23-mj-00359 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Before Judge Meriweather<br>Meeting ID: 161 8952 5787    Passcode: 860903 | Courtroom No.: ON ZOOM |
|---|---|
| | Date and Time: 1/11/2024 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/21/2023

*Judge's signature*

S. Dave Vatti
*Printed name and title*

CLOSED

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:23-mj-01096-SDV All Defendants *SEALED*
## Internal Use Only

Case title: USA v. SEALED

Date Filed: 12/21/2023

Date Terminated: 12/21/2023

Assigned to: Judge S. Dave Vatti

### Defendant (1)

| | | |
|---|---|---|
| **Michael Kenny**<br>*TERMINATED: 12/21/2023* | represented by | **Daniel Murphy Erwin**<br>Federal Defender Office<br>265 Church Street<br>Ste 7th Floor<br>New Haven, CT 06510<br>860-493-6260<br>Fax: 860-493-6269<br>Email: daniel_erwin@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.F, 18:1752.M, 40:5104E.M, 40:5104E.P, | |

Assigned to: Judge S. Dave Vatti

### Defendant (2)

| | |
|---|---|
| **Thomas Kenny** *TERMINATED: 12/21/2023* | represented by **Daniel Murphy Erwin** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Public Defender* |

**Pending Counts**  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**  **Disposition**

18:1752.F, 18:1752.M, 40:5104E.M, 40:5104E.P,

---

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Katherine Elizabeth Boyles** DOJ-USAO 157 Church St. 25th Floor New Haven, CT 06510 203-931-5088 Email: katherine.boyles@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2023 | | Arrest (Rule 5) of Michael Kenny. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | | Arrest (Rule 5) of Thomas Kenny. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | 1 | ORAL MOTION for Order Excluding Speedy Trial Clock from 12/21/2023 - 01/11/2023 by USA as to Michael Kenny. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | 2 | ORAL MOTION for Order Excluding Speedy Trial Clock from 12/21/2023 - 01/11/2023 by USA as to Thomas Kenny. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | 3 | ORAL MOTION for Release by USA as to Michael Kenny. (Jacques, Djess) (Entered: 12/21/2023) |

| | | | |
|---|---|---|---|
| 12/21/2023 | | 4 | ORAL MOTION for Release by USA as to Thomas Kenny. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | | 5 | Minute Entry: Initial Appearance, Detention Hearing, and Motion Hearing as to Michael Kenny held on 12/21/2023 before Judge S. Dave Vatti. Order entered granting 1 MOTION Exclusion Of Speedy Trial Clock filed by USA; Order entered 3 MOTION for Release filed by USA. Total Time:14 minutes(Court Reporter Courtsmart.) (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | | 6 | Minute Entry: Initial Appearance, Detention Hearing, and Motion Hearing as to Thomas Kenny held on 12/21/2023 before Judge S. Dave Vatti. Order entered granting 2 MOTION for Order Excluding Speedy Trial Clock filed by USA; Order Entered granting 4 MOTION for Release filed by USA. Total Time: 13 minutes(Court Reporter Courtsmart.) (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | 🔒 | 7 | SEALED CJA 23 Financial Affidavit by Michael Kenny. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | | 8 | WAIVER of Rule 5,5.1 Hearings by Michael Kenny. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | | 9 | ORDER as to Michael Kenny pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116-182, 134 Stat. 894 (Oct. 21, 2020).<br>Signed by Judge S. Dave Vatti on 12/21/2023. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | | 10 | ORDER Setting Conditions of Release as to Michael Kenny.<br>Signed by Judge S. Dave Vatti on 12/21/2023. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | | 11 | ORDER To Appear In Another District as to Michael Kenny.<br>Signed by Judge S. Dave Vatti on 12/21/2023. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | | 12 | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Michael Kenny; Your case number is: 1:23-mj-00359. Using your PACER account please retrieve any necessary documents. The clerk will transmit restricted documents via email. The bond and/or passport will be transmitted via certified mail. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_CTD@ctd.uscourts.gov.) (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | 🔒 | | (Court only) ***Case Terminated as to Michael Kenny, ***Terminated defendant Michael Kenny, pending deadlines, and motions. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | 🔒 | 13 | SEALED CJA 23 Financial Affidavit by Thomas Kenny. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | | 14 | WAIVER of Rule 5,5.1 Hearings by Thomas Kenny. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | | 15 | ORDER as to Thomas Kenny pursuant to Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No.116-182, 134 Stat. 894 (Oct. 21, 2020).<br>Signed by Judge S. Dave Vatti on 12/21/2023. (Jacques, Djess) (Entered: 12/21/2023) |

| 12/21/2023 | <u>16</u> | ORDER Setting Conditions of Release as to Thomas Kenny. Signed by Judge S. Dave Vatti on 12/21/2023. (Jacques, Djess) (Entered: 12/21/2023) |
|---|---|---|
| 12/21/2023 | <u>17</u> | ORDER To Appear In Another District as to Thomas Kenny. Signed by Judge S. Dave Vatti on 12/21/2023. (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | 18 | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Thomas Kenny; Your case number is: 1:23-mj-00359. Using your PACER account please retrieve any necessary documents. The clerk will transmit restricted documents via email. The bond and/or passport will be transmitted via certified mail. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_CTD@ctd.uscourts.gov.) (Jacques, Djess) (Entered: 12/21/2023) |
| 12/21/2023 | 🔒 | (Court only) ***Case Terminated as to Thomas Kenny, ***Terminated defendant Thomas Kenny, pending deadlines, and motions. (Jacques, Djess) (Entered: 12/21/2023) |